STRICKLAND v. CAROLINA CLASSICS CATFISH, INC.

No. 576P97

Case below: 127 N.C.App. 615

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

THOMAS v. VAN LEER

No. 590P97

Case below: 128 N.C.App. 187

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

TOWN CENTER ASSOC. v. Y&C CORP.

No. 508P97

Case below: 127 N.C.App. 381

Joint motion to withdraw petition for discretionary review allowed 5 February 1998.

TOWNES v. MILLS

No. 505P97

Case below: 127 N.C.App. 555

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

VIRMANI v. PRESBYTERIAN HEALTH SERVICES CORP.

No. 62P97-2

Case below: 127 N.C.App. 629

Motion by defendant for temporary stay allowed 7 December 1997.